IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF/RESPONDENT

V.                         CASE NO. 5:13-CR-50002-001
                           CASE NO. 5:15-CV-5101

ARTURO VACA-RAYA                                        DEFENDANT/MOVANT

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 155) filed in this case on December 2, 2015, 2015, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 155) is **ADOPTED IN ITS ENTIRETY**, and Defendant/Movant's Motion to Vacate under 28 U.S.C. § 2255 (Doc. 143) is **DENIED**. For the reasons stated in the Report and Recommendation, a request for Certificate of Appealability is **DENIED**.

IT IS SO ORDERED on this 4th day of February, 2016.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE