# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. CASE NO. 5:13-CR-50002-001 | |
| ARTURO VACA-RAYA | DEFENDANT |

## OPINION AND ORDER

Now pending before the Court is the Report and Recommendation ("R&R") (Doc. 174) of Chief United States Magistrate Judge Erin L. Wiedemann, filed on December 17, 2019, concerning Defendant Arturo Vaca-Raya's *pro se* Motion to Vacate (Doc. 172). Mr. Vaca-Raya filed Objections to the R&R (Doc. 181) on January 27, 2020.

The Magistrate Judge concluded in the R&R that Mr. Vaca-Raya's Motion to Vacate should be denied because it is the second such motion he has filed pursuant to 28 U.S.C. § 2255. The law is clear that absent express certification by the Eighth Circuit, a district court may not consider a second, or successive, motion to vacate and must dismiss the motion for lack of jurisdiction. *See* Doc. 174, p. 2.

Mr. Vaca-Raya does not contend in his Objections that he received a certification from the Eighth Circuit to file a second § 2255 petition. Instead, he argues that this second petition deserves to be considered because it is meritorious, as new case law he recently discovered indicates his conviction should be overturned. Regardless of the alleged merits of his second petition, the Court finds that it is without jurisdiction to hear it unless certified by the Eighth Circuit.

**IT IS THEREFORE ORDERED** that Mr. Vaca-Raya's Objections are **OVERRULED** and the R&R is **ADOPTED IN ITS ENTIRETY**. The *pro se* Motion to Vacate (Doc. 172) is **DENIED**.

**IT IS SO ORDERED** on this 4th day of February, 2020.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE