**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**V.**                          **CASE NO. 5:13-CR-50002**

**ARTURO VACA-RAYA**                                                                          **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 191) filed in this case on May 16, 2023, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.  Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Defendant's Motion for Reduction of Sentence Pursuant to the § 782 Amendment to § 3582(c)(2) (Doc. 186) is **DENIED**.

**IT IS SO ORDERED** on this 5th day of June, 2023.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE